*413
ON MOTIONS FOR REHEARING, REHEARING EN BANC, CERTIFICATION OF CONFLICT, and CERTIFICATION OF ISSUE OF GREAT PUBLIC IMPORTANCE

PER CURIAM.
We grant appellant’s motion for clarification, withdrawing our earlier opinion (Baker v. State, 23 Fla. L. Weekly D314, (Fla. 1st DCA Jan.21, 1998)), and substitute the following:
We affirm. Baker v. State, 705 So.2d 76 (Fla. 1st DCA 1997). § 924.051(3), Fla. Stat. (Supp.1996); Davis v. State, 704 So.2d 681 (Fla. 1st DCA 1997).
The remaining motions are denied.
AFFIRMED.
BARFIELD, C.J., and ERVIN and KAHN, JJ., concur.